O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| REGINALD EUGENE WARE, | ) | CASE NO. CV 14-06685 SVW (MRW) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| | ) | |
| JEFFREY BEARD, | ) | |
| | ) | |
| Respondent. | ) | |

This matter came before the Court on the Petition of REGINALD EUGENE WARE, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: 10/13/15

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE